23-723



**FILED JUN 30 2023 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

District Court of the United States
Delaware, District
Courthouse Location
North King Street – #844
Wilmington. Delaware. United States.

RE 217 564 151 US

JUN 2 6 2023  ORIGINAL  #one

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC dba MR COOPER | ) | notice for removal of civil cause from |
|  | ) | IN THE SUPERIOR COURT OF THE STATE OF DELAWARE |
| plaintiff | ) | for constructive fraud, denial of due process of law; |
|  | ) | diversity of citizenship; amount over seventy-five |
| v. | ) |  |
|  | ) | notice to invoke a special court of equity |
|  | ) |  |
|  | ) | STATE COURT CAUSE NO.S22L-05-010 CAK |
|  | ) |  |
| GEORGE LEON MCCAULEY | ) | Civil Servants under Oath of Office and Bond |
| GEORGE L MCCAULEY | ) | Craig A. Karsnitz, Judge |
| SABRINA LYNN MCCAULEY | ) | Myrtle Thomas, Clerk |
| ET AL | ) | Robert Lee, Sheriff |
| defendant(s) | ) |  |
| McCauley, Sabrina, holy heir | ) |  |

**notice for removal of civil cause S22L-05-010 CAK
to the district of the United States, Delaware, District, Courthouse
for failure to obey the law per, FRCP 17, FRCP 19, FRCP 38; Trial by Jury inviolate**

comes now as alleged defendant, in civil cause S22L-05-010 CAK, sabrina lynn of the house McCauley, married name, Watson; our law is the word of yhwh, the giver of life; my Name is granted to me on special deposit for future return of my interest to me; we come before this court of equity by divine special appearance as the grantor, grantee and beneficiary of the Legal and Equitable Estate of the decedent GEORGE LEON MCCAULEY aka GEORGE L MCCAULEY, and the the decedent SABRINA LYNN MCCAULEY aka SABRINA MCCAULEY WATSON; we come to invoke this court's special equity jurisdiction, due to the fact there exists by operation of law a constructive trust with the movants as constructive trustees, due to their acts of fraud in transferring, conveying and conversion of respondent's estate, real estate and loan documents including but not limited to the, mortgage deed of trust and promissory note, acts of undue influence, breach of fiduciary duty, failure to disclose, fraudulent and negligent misrepresentation, tortuous interference with inheritance rights, abuse of process, tortuous misfeasance and nonfeasance, and conspiracy to defraud the holy heir; such causes of action also will support a claim for equitable recoupment of security interest due the estate; we come in peace as the flesh and the blood heir, as cestui que, to enforce equitable rights; we come as non-statutory, non-commercial, non-UCC, private citizen of the republic, The United States of America, without United States Corporation Company; at best we are an acceptance agent for the State franchise agency named after us as: SABRINA LYNN MCCAULEY aka SABRINA MCCAULEY WATSON; we are grantor/settlor/beneficiary of the estate held in trust, not trustee, not surety; we claim entitlement as beneficiary; we claim priority interest to the security interests for the estate; equity of redemption, in law, the advantage, allowed to a mortgager, of a reasonable time to redeem lands mortgaged, when the estate is of greater value than the sum for which it was mortgaged.

## conflict or variance between the rules of law and the rules of equity

### Judicature Act of 1873

1. we come with clean hands to invoke a special cause in equity, to protect the rights of the private trust that can not be seen at a court of law; thou shalt not steal inheritance or dominion; equity follows the law;

2. the plaintiff failed to prove the defendant(s) is / are a corporate entity; the State court system, found to be a private business run by the Delaware State Bar Association by self-licensed individuals of a non-governmental private member association, for profit, is limited to a specific Territorial Jurisdiction set by congress, with authority over corporate entities engaged in commerce in the United States or State thereof; the state bar is an unconstitutional monopoly, that violates Article 2, Section 1, Separation of Powers clause of the Constitution; there is no authority to join the powers; 1950 81st Congress Investigated the Lawyers Guild and determined that the B.A.R. Association is founded and ran by communists under definition; thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. and not the people;

3. we did require proper territorial jurisdiction over the land, presumed collateral in this matter, be stated on and for the record by a responsible party; equity will take jurisdiction to avoid a multiplicity of suits;
4. due to the conflict in the rules of law and the rules of equity we wish to exclude the public and the press and seal this case as restricted, private and confidential; we come as a friend of the nation who did surrender the adverse claim to State as usufruct by depositional affidavit, and declaration of surrender, with assignment of all interest in reversion to the account of the United States, for full acquittance and discharge from further obligation, innocent passage and peaceful use of private land without taxation, per the Trading With the Enemy Act; he who comes into equity must come with clean hands;
5. we remove all presumption of concurrent jurisdiction as one is an act of God; thou shalt not bear false witness against the holy heir to commit acts of war that pillage and make the father's daughter a surety;
6. there have been, and continue to be, violations against the unalienable rights of the undersigned alleged defendant(s) an act of God, equity sees done what ought to have been done;
7. our unalienable rights secured by the constitutions, have not been protected by Officers of the State court per their voluntary Oath of Office and Bond required to enter a public office; each named officer is given prior notice of the constructive fraud on the court by the movants; equity will not allow a wrong to be without a remedy;
8. our right to an accounting as evidence is trampled and ignored in the lower State court by officers as attorneys who will profit personally from the seizure of land by denying due process of law; equity regards the beneficiary as the true owner;
9. we come to seek recoupment of all property of the estate(s) as it was never our intent to abandon property; equity will not aide a volunteer;
10. we come to a special court of equity to appoint a substitute trustee to conduct an audit for the estate(s) and to manage the security interest due the estate(s) for the beneficiary; equity will not allow a trust to fail for want of a trustee;

at the State court level, with respective Delaware Rules of Civil Procedure, rules of law;
1. Delaware Constitution of 1887 preamble: protects the rights of the people;
    through Divine goodness, all people have by nature the rights of worshiping and serving their Creator according to the dictates of their consciences, of enjoying and defending life and liberty, of acquiring and protecting reputation and property, and in general of obtaining objects suitable to their condition, without injury by one to another; and as these rights are essential to their welfare, for due exercise thereof, power is inherent in them; and therefore all just authority in the institutions of political society is derived from the people, and established with their consent, to advance their happiness; and they may for this end, as circumstances require, from time to time, alter their Constitution of government;
2. FRCP Rule 17 is dishonored for failure to sue in the name of the real party in interest;
    whereas, it is established "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons; the imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible; the legal manifestation of this is that **no government**, as well as any law, agency, aspect, **court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.**" Supreme Court Reporter S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54) whereas there is no evidence on the record that the alleged licensed attorney has authority to act on behalf of the fictitious plaintiff; and,
3. FRCP Rule 38 is dishonored for failure to provide due process of law, Trial by Jury;
4. FRCP Rule 19 is dishonored for failure to join the necessary affiliated parties in interest;
5. geographical limitations of Article 1, Section 8, Clause 17, set by congress are exceeded;
6. under the Federal Rules of Civil Procedure 12b 6 the plaintiff failed provide adequate proof that the parties involved in this civil matter are actually corporate entities; we have provided ample proof that the plaintiff, is a corporation registered with the Delaware Department of Corporations and that the plaintiff attorney's and other State agents are foreign agents required to have an Oath of Office, Bond and Foreign Agent Registration Statement on File;

## statement of fact for civil cause to support removal to court of special equity

1) we come sui juris as the holy heir, sovereign sentient woman, not as a U.S. CITIZEN, not as a U.S. PERSON, not as a domestic corporation, not as an artificial legal entity, not as "PRO SE" re-presentor of the holy heir as a dead thing, a trespass against the creator; thou shalt not kill the holy heir by civil death;

2) territorial jurisdiction is challenged in writing from the beginning; the Foreign Sovereign Immunities Act of 1976 (FSIA) allows for jurisdiction to be challenged and the demand for proper jurisdiction be stated on and for the record in writing before any further action be taken; jurisdiction must be proved not assumed;

3) Melanie Thompson and John E. Tarburton, Esquires, of ORLANS PC, a law firm operating as a debt collector, filed an IN REM SCIRE FACIS lawsuit (complaint) with the Clerk: Myrtle Thomas, Office of Prothonotary, Sussex County, IN THE SUPERIOR COURT OF THE STATE OF DELAWARE on: 19 May 2022, supposedly on behalf NATIONSTAR MORTGAGE LLC dba MR COOPER, a Mortgage Servicer;

4) named attorney(s) and named civil servants are not compliant with Foreign Agent Registration Act of 1938, per FOIA response by U.S. Department of Justice; on December 26 1933 congress per 49 stat 3097 placed all "State statutes" under international law – Uniform Commercial Code;

5) the plaintiff, a domestic corporation doing business "in" or "with" the U.S. franchise, the State of Delaware, named in the civil cause: NATIONSTAR MORTGAGE LLC. dba MR. COOPER does not appear by sworn affidavit of fact with a claim of harm, injury and loss signed by a responsible party able to testify in voice before a Jury of twelve in the original or amended complaint;

6) the plaintiff is in violation of Federal Law; the Indentured Trustee Act of 1939; the Truth in Lending Act of 1933, the Fair Debt Collections Practices Act of 1977, and the Fair Credit Billing Act of 1974, and the Fair Credit Reporting Act of 1968 codified at [Title 15 U.S.C. § 1681], Acts as amended, for failure to discharge the debt at the closing event and/or provide verifiable proof of claim with accounting requested in 2019;

7) the original complaint filed by attorneys failed to join the necessary parties in affiliation identified on the Stock documents as the registrants who took the Name public to register the NAME as an organization "State Agency," for their own benefit; see memorandum attached; compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure, which makes it mandatory for some parties be joined; parties that must be joined are those necessary and indispensable to the litigation;

8) the complaint(s) are:
    without evidence the plaintiff is in possession of the original security instruments;
    without evidence of an attorney affidavit from the closing event;
    without verification of Notary acknowledgment of signature, by Notary Log Book;
    without the signature of the lender; no valid contract;
    without a Notice of Acceleration issued by a verified lender;
    without a surety-ship agreement, bearing the mark of the man george as consent to act as surety for
        the debt of the State Agency registered as GEORGE L MCCAULEY;

9) the complaint(s) are without identification of plaintiff: Nationstar Mortgage LLC dba Mr Cooper:
    Certificate of Good Standing;
    Articles of Incorporation;
    Corporate Charter;
    signed Representation Agreement;
    Power of Attorney to act as Trustee;

10) attorneys involved with the civil cause are without:
    Oath of Office, delegation of authority, surety bond, bar bond, representation agreement;
    documentation is requested to be presented to the Executor Office from the beginning;

11) Plaintiff: Nationstar Mortgage LLC dba Mr Cooper failed to provide:
    Notice of Suit: per Title 22 CFR 93.1-93.2
        a "notice of suit" shall mean a notice addressed to a foreign state and in a form
        prescribed by the Secretary of State by regulation; **the Department of State** has to be notified of
        any suit, and in turn has to notify the United States citizen of said suit;
    Proof of Territorial Jurisdiction over the land;
    Proof of Identity of Debtor;
    Proof of Identity of Surety, per signed surety agreement;
    Proof of Identity of Lender, real party in interest per FRCP 17;
    Proof of Identity of Trustee, per the Indentured Trustee Act of 1939;
    Proof of lien on parcel of land by UCC-1 financing statement filed with the State of Delaware and
        recorded at the county land records;
    Proof of Claim by forensic audit, ab initio 2006, as requested 17 December 2019;

12) Resident Judge, Craig A. Karsnitz, Esquire, BAR ID 000907, allows this case to move forward when deficiencies and fraud on the court, et al, are brought to his attention from the beginning; pillage is prohibited by International Humanitarian Law;

13) the complaint(s) authored by attorney's are not understandable, acknowledgeable or recognizable under the penalty of false personation; the complaint(s) "POSTED" (taped) on a door and on a mail box post,

by the COUNTY OF SUSSEX Sheriff department, deputy(s), are received, not accepted, returned to the court within three days as there is not enough knowledge or information disclosed to form a responsive answer to hearsay allegations made by attorneys;

14) the occupant of the Executor Office with the help of knowledgeable counsel, did appear in writing, pursuant to the four corners rule, court of record, by divine special appearance sui juris, not PRO SE, to present to the plaintiff a sworn affidavit of fact on 21 June 2022, which they have yet to answer or rebut;

15) a judgment of unrebutted affidavit is presented to the plaintiff and filed into the civil cause by the occupant of the Executor Office 26 July 2022;

16) one hundred and thirty days (130) after the original filing an ORDER is made by Resident Judge, Craig A. Karsnitz, on 26 September 2022, for the plaintiff to answer select parts of the affidavit of fact; the executor finds no sworn answer from a responsible party of the plaintiff in the "filing" by attorneys titled: first set of interrogatories; filing is received, not accepted and returned: not an answer from the plaintiff;

17) on or about 5 October 2022 the administrative Judge, Craig A. Karsnitz, appointed fellow BAR member, Charles S. Knothe, Esquire BAR ID 001212, to usurp our appointment to the Office of Executor;

18) the Executor is coerced to open the Estate, 2 February, 2023 to remove the appointment of Charles S. Knothe, Esquire; Mr. Knothe failed to provide his delegation of Authority to usurp the Executor Office;

19) administrative Judge: Craig A. Karsnitz, held an ex-parte meeting 28 December 2022 with named attorneys for plaintiff; the meeting conducted without our presence, is a violation of due process of law; this constitutional violation is reported as judicial misconduct on 13 June 2023 to the Court on the Judiciary, 55 The Green, Dover, DE 19901;

20) demands made by the occupant of the Executor Office on 21 June, 2022 by affidavit of fact, duly witnessed under Notarial Seal, is dismissed by ORDER of administrative Judge: Craig A. Karsnitz, 13 January 2023; for not being filed by an attorney;

21) amended complaint added CoraAnn Foley, Esquire as attorney for the plaintiff;

22) the amended complaint made by three attorney(s) of ORLANS PC, remains the same hearsay opinions of attorneys, with the same counterfeit securities as evidence; plaintiff does not appear in the complaint;

23) named attorney(s) for plaintiff are permitted by Craig A. Karsnitz, Resident Judge, to add the Names of "State Agency(s)" to the amended complaint; ERIN MCCAULEY, SARAH MCCAULEY, DOUG MCCAULEY, as alleged heir(s) to the Estate to achieve "LONG ARM" service of process to an acceptance agent on the soil of Texas, to achieve default judgement for non-response; prior correspondence is sent to family members alleging there may be a monetary payout to the heirs;

**demand is made for due process of law Trial by Jury at State court, is ignored by judge**

demand is made for Trial by Jury in writing 17 May 2023 with presentment to alleged plaintiff's attorney(s); copy received by Clerk, 22 May 2023; presentment is made to all parties by certificate of mailing;
> Article 6, clause 1:preserves the right of trial by jury; Article 1, Section 8, Clause 17: geographically protects trial by jury; Article 4, Section 4: guarantees a trial by jury; Amendment 7: states trial by jury is the highest court; Federalist Paper 81: declares a trial by jury cannot be abolished; FRCP 38: statutory protects a trial by jury; DRCP 38: protects a trial by jury, and makes it criminal when notified and injury occurs;

Trial by Jury is sacred and must be preserved, article VII of the Bill of Rights; demand is made for equal protection; Jury decides the law and the facts;  jury nullification; claim is over seventy-five thousand dollars;

demand is made for Article 1, section 8, clause 17, of the United States Constitution be honored; State exceeded it's territorial geographical limitations of ten miles;

demand by Executor is ignored by the Resident Judge, Craig A. Karsnitz, for plaintiff to bring forth a verifiable claim for damages as the actual lender in violation of Article IV of the Bill of Rights; attorneys continue to withhold evidence in violation of the rules of professional conduct; an accounting would prove the case to be frivolous in nature as there is no evidence of a loan ab initio per the testimony of expert witness Walker Todd;

**refusal of claims for cause – mistake as to identity of debtor – failure to join necessary parties in interest**

attorneys for alleged plaintiff fail to join the proper parties in interest per FRCP Rule 19 as defendant(s); mistake is made as to the identity of the lender, debtor and surety; the United States is a party in interest in the "State Agency" registered as: SABRINA LYNN MCCAULEY, on 02/29/1960 for DISTRICT OF COLUMBIA; the

United States is a party in interest in the "State Agency" GEORGE LEON MCCAULEY registered on 08/13/1934 for DISTRICT OF COLUMBIA; the United States is party in interest in the "State Agency(s) registered as: ERIN MCCAULEY, SARAH MCCAULEY, DOUG MCCAULEY, date(s) unknown;

notice is given to the movants and the State court Officers of removal of this civil cause to a court of special equity, by special trust deposit to maintain legal and equitable title of respondent as the beneficiary of the mortgage deed of trust and estate by the merging of legal and equitable title by the re-recording of the Mortgage Deed of Trust, Promissory Note, as the donor-grantor-beneficiary and as a special deposit; it was not the intent or purpose of the respondent to enter into an unconscionable or fraudulent transaction or contract with the movants;

respondent alleges that there is no plain, speedy or adequate remedy at law and that these proceedings are counter to equity and that this proceeding could irreparably damage her rights to title, land, property and beneficial interest on a private trust now established by special deposit before this court; because courts of special equity or chancery courts have exclusive jurisdiction over private trusts and special deposits, respondents are moving this special court of equity to impose a constructive trust on movants which may necessitate the filing of an adversarial proceeding under Bankruptcy Rule 7001 of Part VII;
> Bankruptcy rule 7001(2) is a rule that requires an adversary proceeding to determine the validity, priority, or extent of a lien or other interest in property

this notice of removal to invoke a court of equity by special deposit is being made on the following grounds and is supported by the attached memorandum of points & authorities in support thereof:
1. movants are not the lenders or beneficiaries of record;
2. movants treated respondent's promissory note as a draft and not a liability instrument;
3. movants used the promissory note as an investment security and did not give respondent any consideration to support the contract as evidenced by their lack of signature on any of the loan documents, including but not limited to the Mortgage, Deed of Trust and Promissory Note;

"constructive trust" is equitable remedy to prevent unjust enrichment and enforce restitution, under which one who wrongfully acquires property of another holds it involuntarily as constructive trustee, and trust extends to property acquired in exchange for that wrongfully taken. Coppinger v. Superior Court of Orange County (App. 4 Dist. 1982) 185 Cal. Rptr. 24, 14 Cal. App.3d 883.

### jurisdiction of the United States

the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States;

the plaintiff(s) and defendant(s) are from different states, not of like kind(s), not of like status; the amount in controversy is over seventy-five thousand dollars;

**Generally** – Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

**United States**
(15) "United States" means— (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States.

**United States** - The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

**State court**
The term "State court" includes the Superior Court of the District of Columbia.

**State**
The term "State" includes the District of Columbia.

**agency or instrumentality of a foreign state**

An "agency or instrumentality of a foreign state" means any entity

### conclusion

we bring the McCauley supreme court of record to the venue of the District Court of the United States, Delaware District, to invoke a special court of equity, by special deposit, to appoint a substitute trustee to complete an audit of the security interests of the estates for us and to set up a new trust to protect those assets for the beneficiaries;

we require extinguishment of all debt related to this parcel of land found within the geographical boundaries of Delaware, one of the fifty states of the union of states of the Republic, outside the geographical boundaries of the

UNITED STATES CORPORATION COMPANY, acquired for private use; we required a full accounting of all securities related to this civil cause ab initio to 09/26/2006; we require recoupment of all beneficial interest on the loan instruments securitized without our knowledge or consent; equity regards the beneficiary as the true owner;

the holy heir is not the foreign grantor trust: SABRINA LYNN MCCAULEY held by the Secretary of the Treasury of Puerto Rico or the transmitting utility trust: SABRINA MCCAULEY WATSON xxx-xx-3376 held by the SOCIAL SECURITY ADMINISTRATION, used for commercial transactions; as sentient beings, unalienable by nature, i have a right, i have a title and i have an interest in these PERSON(S) that exist because i exist; we are the victims of mortgage identity theft and slavery – forced contracts not held; this legal deception of a loan is created by attorney's, who work for the commercial banks, to pillage the people and the land for private gain; due process of law at the private foreign court is denied by Craig A. Karsnitz, Resident Judge, a verified BAR member, bound by Oath of Office and Bond;

due to extreme emotional stress, duress, and financial loss to sabrina and others who gave hours of their time and energy and support for creation of documents, postage, research materials, paper, ink, envelopes, notarial certifications, transportation, gas and other expenses, to deal with this unverified complaint of debt over the last three hundred and ninety eight days, we demand the plaintiff provide security for costs in the amount of one million united states dollars lawful money at PAR;

we calling as, _Sabrina_, of the house _McCauley_ declare under the pains and penalties of bearing false witness against our brothers, sisters and mothers, holy heirs of the father, under the equity of the most high father yhwh, without the United States Corporation Company, that the facts set forth in the forgoing **"notice for removal of civil cause for constructive fraud to invoke a court of special equity"** be true and correct to the best of our knowledge; that this notice is done in good faith, for good reason and out of necessity as the right of the holy heir to equitable relief is by divine order indomitable res judicata;



JUN 2 6 2023

per: _Sabrina Lynn_ U.T.A.
in personam, sabrina lynn, holy heir
dba: A Grateful Private Lender 7JBV81247 TR
410-422-5595 seedsofhopeministry@protonmail.com
Office of Executor
c/o: 124 Broadkill Road, Apartment 109.
at Milton. Delaware. Republic.
The United States of America
near. [DE199681008US]



JUN 2 6 2023

as witness: _Anne Frances_ U.T.A
in personam, anne frances, holy heir
dba: A Deserving Private Lender 7IQS21039 TR
302-228-3062 seedsofhopeministry@protonmail.com
Board of Trustees,
Seeds of Hope Ministry Trust
c/o: 124 Broadkill Road, Apartment 109.
at Milton. Delaware. Republic.
The United States of America
near. [DE199681008US]

1 John 5:7 because there are three that bear witness

ruah – water – blood, comes as witness on earth and the three are in agreement

father yhwh – Bĕn – hai, comes as witness from Elohim who grants everlasting life

# Avouchment Certificate

A public notary or other civil officer under an Oath of Office to the U.S. Constitution and Delaware State Constitution, completing the certificate verifies only the identity of the woman autographing the document, and not the truthfulness, accuracy, or validity of the document;

i, Sabrina , of the House of McCauley , creation of The Most High, do hereby avow that based upon my firsthand knowledge, the attached **"notice for removal of civil cause for constructive fraud,"** is done in good faith, for good reason and out of necessity; is true, accurate, and correct to the best of my knowledge, information, and conveys the conditions set forth as intended by us to **invoke a court of special equity by special deposit**;

This affirmation is executed; [in nature of Title 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e. "Title 28 U.S.C. § 3002 (15)(A); UCC § 9-307(8); U.S.C.A. Const. Art. 1:8:17-18"] Administration by a commissioned Notary Public in accordance, who also acknowledges the same [in accordance Fed. R. Evod. 902 (1)(B)].



seal
Kingdom of heaven on Earth Tribunal

per: __McCauley, Sabrina @__.U.T.A.
McCauley, Sabrina, in personam, sui juris
non-negotiable autograph under seal
in service, without United States, without recourse.
OFFICE OF EXECUTOR
Sabrina Lynn McCauley Watson, EX
c/o: 124 Broadkill Road, Apartment 109.
at Milton. Delaware. Republic. The United States of America
non-domestic.   near [DE199681008US]

county, Sussex         )
                       ) av.
republic, Delaware     )

Subscribed and affirmed before me this, __26__ day of __June__ A.D. 20__23__.

_____
Notary Public Signature
Without recourse. Without prejudice. All Rights Reserved.

__March 24 2024__
My Commission Expires

ZACHARY SCOTT GAUDLIP
Notary Public
State of Delaware
My Commission Expires On
March 24, 2024

I, __Zachary Gaudlip__ the Notary Public, here to this international notice, duly depose, that the woman executing this document, is personally known to me and or has presented sufficient evidence to establish lawful identity and private status as a sentient being; I accept same as evidence of the facts presented, I depose nothing more, executed by My signature and Seal, as authorized under my commission by the Secretary of State for the State of Delaware.

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of (Title 18, U.S. Code, Section 242), titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States or United States of America or Nation State(s) those rights protected by the Constitution and U.S. laws.