IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-723-RGA |
| GEORGE LEON MCCAULEY, et al. | : |
| Defendants. | : |

**ORDER**

At Wilmington this 2nd day of January, 2024, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. This case is **REMANDED** to the Delaware Superior Court.

2. Defendants' motion to seal the case (D.I. 5) is **DENIED**.

3. Defendants' motion to amend the docket (D.I. 6) is **DISMISSED as moot**.

4. The Clerk of Court is directed to mark the case **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE